IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:05CR400 V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| ) | |
| ERIC BRANDON SHAW (2) ) | |
| JOSEPH HALE (3) ) | |
| JUAN LUIS LIAMAS (4) ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion to continue the captioned criminal matter from the 26 July 2006 criminal term in the Charlotte Division.

The Court finds that the Defendants' cases are "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," **18 U.S.C. § 3161(h)(7),** and that failure to continue this matter would result in a miscarriage of justice. **18 U.S.C. § 3161(h)(8)(B)(i).** The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants to a speedy trial.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the July 2006 criminal term in the Charlotte Division to the 25 September 2006 criminal term in the Charlotte Division.

Signed: June 26, 2006

Richard L. Voorhees
United States District Judge